IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STEVEN JOSHUA DINKLE, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-41 |
| v. | |
| SAM RIZVI; DR. MANEY; DR. MORGAN; and REGIONAL DIRECTOR, | |
| Defendants. | |

**O R D E R**

Plaintiff filed a Complaint under <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and alleged Defendants violated his constitutional rights. Doc. 1. Plaintiff has now filed a Motion to Dismiss. Doc. 25. Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice." Upon due consideration, the Court **GRANTS** Plaintiff's Motion to Dismiss his Complaint voluntarily. Consequently, the Court **DISMISSES** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES as moot** Plaintiff's other pending Motions. Docs. 22, 26. The Court **DENIES** Plaintiff's request to have "evidence" in this case

"merge[d]" into one case.  Doc. 25.

**SO ORDERED**, this 24th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2