AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEVEN JOSHUA DINKLE,

        Plaintiff,

v.

SAM RIZVI; DR. MANEY; DR. MORGAN; and REGIONAL DIRECTOR,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-041

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 24, 2023, Plaintiff's Motion to Dismiss his Complaint voluntarily is granted, and this civil action stands closed.

Approved by: _____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

May 25, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020